UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 0 2 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

-------------------------------------------------------- )
ROBERT CRAIG CASSIDY, d/b/a/ )
MOUNTAIN TIME AUCTIONS, ANTIQUES, )
and MATTRESSES )
)
          **PLAINTIFF** )
)
          **vs.** )
)
ERIC MADOFF, EXECUTIVE DIRECTOR, )
NEW YORK STATE INSURANCE FUND; )
)
CLARISSA M. RODRIGUEZ, CHAIR, )
NEW YORK WORKER'S COMPENSATION )
BOARD; )
)
JEFF MERSMANN, PRESIDENT, PIONEER )
CREDIT RECOVERY, INC., A NAVIANT )
COMPANY. )
)
_____**DEFENDANTS** _____)_

CIVIL CASE NO.:
8:18-cv-394 (BKS) DJS)

CIVIL RIGHTS
COMPLAINT

PURSUANT TO
42 U.S.C. 1983
and
18 U.S.C. 1962

**PLAINTIFF DEMANDS A TRIAL BY JURY**

PLAINTIFF in the above captioned action alleges as follows:

### JURISDICTION

1.  This is a civil action seeking relief and damages to defend and protect the

rights guaranteed  by the Constitution of the United States and by an act of

the Congress of the United States.  This action is brought pursuant to

42 U.S.C. 1331, 1343(3) and (4) and 2201; 42 U.S.C. 1985(3); and

$$\left( \quad 1 \quad \right)$$

18 U.S.C. 1962 (a), (b), and (d).

## DIVERSITY JURISDICTION

2. PLAINTIFF Robert Craig Cassidy  resides at and has resided at 43 Pleasant Street, City of Rutland, County of Rutland, State of Vermont since January 1976.

3. PLAINTIFF carries a Vermont driver's license, drives a motor vehicle registered in the State of Vermont, has voted in Vermont municipal and state-wide elections for more than 40 years, and has filed Vermont and Federal income tax returns with a Vermont address also for more than 40 years and was honorably discharged from the U.S. Army to Rutland, Vermont in 1973.

4. Defendant Eric Madoff, Executive Director and Chief Executive Officer of the New York State Insurance Fund, 1 Watervliet Avenue Extension, Albany, New York 12206-5790 (hereinafter known as NYSIF) is an organ of the New York State  Government located in Albany County, New York.

5. Defendant Clarissa M. Rodriguez, Chair, Worker's Compensation Board, 328 State Street, Schnectady, New York 12305-2318 (hereinafter known as NYBOARD) is an organ of the New York State government  located in Schnectady County, New York.

6. Defendant Jeff Mersmann, President, Pioneer Credit Recovery, Inc., a Navient Company, 26 Edward Street, Arcade, New York 14009 (hereinafter known as PIONEER) is located in Wyoming County, New York.  On January 8, 2018 PIONEER's internet web site stated in part "Pioneer employees more than 1,000 professionals in state-of-the-art collection facilities in New York, Florida, and New Jersey." Vermont is not mentioned.

7. On information and belief, PLAINTIFF believes Diversity Jurisdiction exists.

$(2)$

## BACKGROUND

8. There came a time in 2013 when PLAINTIFF joined American Legion Post 224 located at 104 Montcalm Street, Ticonderoga, New York 12883.

9. During the summer of 2015 PLAINTIFF became aware that a very small auction house entitled Mountain Time Furniture and located at 105 Montcalm Street, Ticonderoga, New York was for sale as the owner had been called to become a minister of the Holy Gospel.

10. PLAINTIFF purchased the Mountain Time business for $85,000.00 from Richard Harker.

11. On August 19 2015 PLAINTIFF and Richard Harker traveled to Elizabethtown, New York where Harker rescinded Mountain Time Furniture's business certificate and PLAINTIFF filed a new business registration certificate for Mountain Time Auctions, Antiques, and Mattresses, a personal proprietorship. Richard Harker and family left New York State and moved to the State of Colorado.

12. On September 16 2015 PLAINTIFF mailed back to NYSIF its bill 50661851 which indicated PLAINTIFF's credit balance of $210.84. PLAINTIFF wrote that "ROBERT CRAIG CASSIDY DBA MONTAIN TIME AUCTIONS" was the new owner of the business and building at 105 Montcalm Street and asked NYSIF to update their records and change workman's compensation policy ownership. (SEE EXHIBIT ONE)

13. On October 29 2015 NYSIF employee Mr. Titian Dion replied to PLAINTIFF with a U-3 v4 form requesting eleven separate actions needed to transfer owner's name, business title, and Federal Tax number for Mountain Time Auctions. (SEE EXHIBITS TWO, THREE, FOUR)

( 3 )

14. On November 3 2015 PLAINTIFF mailed the signed, completed U-3 v4 form to NYSIF.

15. As of March 30 2018 PLAINTIFF has never been notified that the requested changes were ever made. In total PLAINTIFF submitted one name and address change (SEE EXHIBITS EIGHT (2) & (3)), one U-3 v4 form , PLAINTIFF's insurance agent Submitted one U-3 v4 Form, Richard Harker submitted one U-3 v4 form, one personal telephone conversation between PLAINTIFF and Mr. Dion took place, and at least three premium payments were made by PLAINTIFF to NYSIF. A claim for employee injury was also processed. (SEE EXHIBIT FIVE). Note that NYSIF employee William J. Farnan addressed this confirmation email to VTCASSIDY@AOL.COM not to Richard Harker.

"VTCASSIDY" is PLAINTIFF Robert Craig Cassidy's internet name.

Richard Harker during a visit to Ticonderoga in July 2016 filed his U-3 v4 (EXHIBIT SIX). PLAINTIFF has never been notified that despite all the paperwork filed a policy Federal tax number change was ever made by NYSIF.

16. Defendant NYSIF converted to its own use PLAINTIFF's $210.84 credit account balance(EXHIBIT ONE); a payment of $246.56 made to insurance broker Darlene Dorsett on December 15 2015 and acknowledged by NYSIF on March 10 2016 bill(EXHIBITS SEVEN and EIGHT); a payment by check 10183 on April 5 2016 in the amount of 300.70(EXHIBITS EIGHT AND NINE); and a payment made on May 28 2016 by check 10178 in the amount of $220.46(EXHIBITS TEN AND ELEVEN). The $300.70 payment was accepted for THE RENEWAL OF WORKMAN'S

( 4 )

COMPENSATION POLICY A 1351 815-4 for 2016-2017(emphasis mine).  The 220.46

payment was an installment on workman's compensation policy A 1351 815-4 for 2016-

2017.  PLAINTIFF has in hand receipts for all these payments.

While depositing PLAINTIFF's monies and settling claim 68495290,

NYSIF maliciously refused to change the federal identification number on workman's

compensation  policy A 1351 815 4.

17.  PLAINTIFF filed a "PAYROLL REPORT"  form DP 517 v1 via certified mail

7015 0640 0002 2353 3784 on July 19 2016 and has tracking information to prove its

delivery to NYSIF. (SEE EXHIBIT TWELVE)

18.  On June 2 2016 NYBOARD issued a $12,000.00 penalty notice to PLAINTIFF

alleging that PLAINTIFF had not carried worker's compensation insurance since

September 2015.  No hearing was held, no evidence presented, no unbiased referee was

employed, no written  findings of fact were supplied, no due process rights were granted

PLAINTIFF. (SEE EXHIBIT THIRTEEN)   PLAINTIFF is bitterly amused by the fact

that on June 2, 2016, the very day NYBOARD fined PLAINTIFF $12,000.00 for not

having workman's compensation insurance, PLAINTIFF's premium check for May 28

2016 cleared PLAINTIFF's bank account(SEE EXHIBIT ELEVEN).

19.  On Plaintiff's appeal (EXHIBITS FOURTEEN, FIFTEEN,SIXTEEN,

SEVENTEEN), NYBOARD informed PLAINTIFF that ONLY the presentation to

NYBOARD of a policy with PLAINTIFF's federal tax number on it would mitigate the

penalty which had grown to 18,000.00. (EXHIBIT EIGHTEEN)

 NYBOARD's reply to PLAINTIFF's appeal was arrogantly non-responsive and ignored

facts supplied by PLAINTIFF.

$$\left(\ 5\ \right)$$

20. NYSIF, of course, for nine months had maliciously denied PLAINTIFF a change of

federal tax number even as it took PLAINTIFF's funds and refused PLAINTIFF's

attempts to change Harker's Federal account number to PLAINTIFF's Federal number.

21. During the last week of December 2016 PLAINTIFF received a second penalty

notice from NYBOARD raising the penalty to $22,000.00. Again, no hearing was held,

no evidence presented, no written findings of fact, and no unbiased referee

was employed. PLAINTIFF's gross payroll for the quarter ending December 31, 2016

was less than $2,000.00. Clearly NYBOARD'S action put PLAINTIFF out of business.

22. In PLAINTIFF's mailbox with the NYBOARD penalty notice was a notice from

PIONEER claiming a $ 4,840.00 fee for collecting PLAINTIFF's "delinquent" account.

23. PIONEER's $4840.00 notice was POSTMARKED THE SAME DAY (emphasis

mine)(SEE EXHIBITS  NINETEEN AND TWENTY) as NYBOARD's $22,000.00

penalty notice.

Both NYBOARD'S  penalty notice and PIONEER's bill were dated December 21

2016. (EXHIBITS TWENTY-ONE AND TWENTY-TWO)  PLAINTIFF was

given no chance to contest  or pay $22,000.00 penalty before PIONEER claimed its fee.

24. PIONEER knew of NYBOARD's penalty levy before PLAINTIFF knew, and

PLAINTIFF wonders how an amount unknown to PLAINTIFF could possibly be

"delinquent"  ??

PIONEER's fee envelope was postmarked approximately 646 miles south of

NYBOARD's location in Albany on the same day.   PIONEER violated PLAINTIFF's

due process rights by maliciously colluding with  NYBOARD.

( 6 )

25. As of March 29 2018 no workman's compensation insurance policy cancellation notice has been received by PLAINTIFF further violating due process rights.  Receipt of a cancellation notice would have given PLAINTIFF a date certain to make payment and avoid cancellation, but this was not in the scheme of defendants.

25.  Malicious negligence on the part of NYSIF has caused  NYBOARD to charge PLAINTIFF $22,000.00 in unearned penalties and PIONEER has claimed $4,840.00 in fees all without hearing, evidence presented, written findings of fact, or  the decision of a neutral referee.

27.  Defendant NYBOARD appears to operate in collusion with NYSIF in the arranging of penalty schemes.   In fact a New York State website refers to NYSIF and NYBOARD as "The Players in the System." (SEE EXHIBIT TWENTY-THREE)   NYSIF damages responsible firms and individuals and NYBOARD swoops in with its huge penalties levied without due process.  PIONEER then colludes with NYBOARD to make a minimum levy 122% of penalty levied- all without  due process.

28.  On February 21 2018 Plaintiff received a "Statement" from NYBOARD which reads in part "*The Total Due in Summary Section includes $22,500.00 net due in judgments obtained in New York State Supreme Court."(SEE EXHIBIT TWENTY-FOUR) PLAINTIFF  has never been summoned to New York State Supreme Court in this matter.  It appears not  even the courts of New York State respect due process.

29.  Given the immense (and deadly) penalty power apparently wielded by NYBOARD, PLAINTIFF argues that "The Players in the System" must have clean hands, which PLAINTIFF asserts these three cabal members clearly do not.  These three defendants must not be allowed to violate the due process requirements of the United States

( 7 )

Constitution and the RICO statute passed by the Congress of the United States.

.

# CAUSES OF ACTION ON DEFENDANT NEW YORK STATE INSURANCE FUND

30. NYSIF violated the United States Constitution's procedural due process rights by denying PLAINTIFF an unbiased tribunal; denying notice of proposed action and the grounds asserted for it;  denying opportunity to present reasons why the proposed action should not be taken; denying the right to present evidence and call witnesses;  denying the right to know opposing evidence; denying the right to cross-examine adverse witnesses;  denying the right to a decision based exclusively on evidence presented;  denying the opportunity to be represented by counsel;  denying the requirement that a tribunal prepare a record of evidence presented; and denying the requirement that a tribunal prepare written findings of fact and reasons for its decision.

31. NYSIF regulations and enabling law are too vague and confusing for an average citizen to understand thus depriving PLAINTIFF and a similar class of persons of the right to due process.

32. Since NYSIF appears to have properly serviced some citizens and granted them rights and benefits not granted Plaintiff, defendant NYSIF has maliciously denied equal protection and due process to PLAINTIFF.

( 8 )

## CAUSES OF ACTION ON DEFENDANT NEW YORK WORKER'S COMPENSATION BOARD

33. Defendant NYBOARD levied without hearing an initial $12,000.00 penalty upon PLAINTIFF without notice or warning thus depriving PLAINTIFF of an unbiased tribunal to hear dispute; of any notice of the proposed action and grounds asserted for it; of any opportunity to present reasons and evidence why proposed action should not be taken; of the right to present evidence and call witnesses; of the right to know opposing evidence; of the right to cross examine adverse witnesses; of a decision based exclusively on evidence presented; of the opportunity to be represented by counsel; of the requirement that a record of evidence presented be prepared; of the requirement that the fact finding tribunal prepare written findings of fact and reasons for its decision.

34. PLAINTIFF is astounded that the NYBOARD can, in arrogance, levy huge penalties at whim without due process or citizen recourse. PLAINTIFF pleads that the District Court halt NYBOARD's levy power until such time as due process reforms can be made.

35. NYBOARD by obtaining "$22,500.00 net due in judgments " from the New York State Supreme Court (SEE EXHIBIT TWENTY-FIVE) without notice of hearing to PLAINTIFF, denying PLAINTIFF any opportunity to present evidence, hiding opposing evidence from PLAINTIFF, denying PLAINTIFF right to cross examine witnesses, denying PLAINTIFF a record of the proceedings, and failing to provide PLAINTIFF with written findings of fact has made a mockery of due process.

36. NYBOARD's enabling law and regulations are too vague and confusing for an

( 9 )

average citizen to understand thus depriving PLAINTIFF and a similar class of persons

of their constitutional right to due process.

37.  NYBOARD appears to have served some citizens properly or it would not exist.

NYBOARD has therefore granted rights to some citizens and maliciously denied those

rights to PLAINTIFF denying PLAINTIFF equal rights and due process guaranteed by the

Constitution of the United States.

## CAUSES OF ACTION ON DEFENDANT NUMBER THREE, PIONEER RECOVERY SYSTEMS, INC.

38.  Defendant PIONEER violated PLAINTIFF's due process rights by colluding

with defendant NYBOARD to deny PLAINTIFF any ability to pay $22,000.00 penalty

assessed by NYBOARD without incurring PIONEER's twenty-two percent collection fee

of $4,840.00.

39.  NYBOARD and PIONEER exchanged information on alleged amount PLAINTIFF

"owed" days before NYBOARD notified PLAINTIFF of $22,000.00 penalty .

40.  PIONEER by colluding jointly with NYBOARD to defraud is acting under the

"color of law" for the purposes of 42 U.S.C. 1983.

41.  PIONEER states in its collection notice "Your delinquent fines and fees totaling

$22,000.00 are due in full."  PIONEER deserves a chance to tell a jury how $22,000.00

can be delinquent before PLAINTIFF even receives notice and demand from

NYBOARD!                                            .

42.  PIONEER's collection letter reads in part "Unless you notify this office within 30

days after receiving this notice that you dispute the validity of this debt  or any portion

thereof, this office will assume the debt is valid.  If you notify this office that you dispute

$$\left( \ \textit{10} \ \right)$$

the validity of this debt or any portion thereof, this office will obtain verification of the debt, and mail you a copy of such verification."

43. PLAINTIFF notified PIONEER on January 23 2017 by certified mail of PLAINTIFF's dispute to the validity of the debt. As of March 29 2018 no reply to PLAINTIFF's request from PIONEER has been received and no "verification" has arrived further denying PLAINTIFF due process.(EXHIBIT TWENTY-SIX).


## CAUSES OF ACTION AGAINST ALL DEFENDANTS UNDER 18 U.S.C. 1962 THE RICO ACT

44. PLAINTIFF believes that under 18 U.S.C. 1962 defendants must engage in two acts or a pattern of racketeering activity as defined in 18 U.S.C. 1961. PLAINTIFF must be involved in interstate commerce.

45. PLAINTIFF sells vintage used merchandise and new mattresses to the public. Eighty percent of the vintage merchandise in PLAINTIFF's store was shipped from Rutland, Vermont to Ticonderoga, New York crossing state line at Whitehall, New York.

46. One hundred percent of new mattresses, mattress foundations, and metal mattress frames were purchased largely in Pennsylvania from the Symbol Mattress Company and shipped by common carrier over the New York State border to Ticonderoga. PLAINTIFF clearly engages in interstate commerce.

47. "Racketeering activity" under 18 USC 1961 includes extortion. 18 USC 1951 defines extortion as "...the obtaining of property from another, with his consent, induced

( 1 1 )

by wrongful use of actual or threatened force, violence, or FEAR, UNDER COLOR OF

OFFICIAL RIGHT" (emphasis mine).

48. PLAINTIFF alleges that since the levying of the initial $12,000 penalty was illegal

given the malicious denial by NYSIF of a simple change in Federal tax number,

NYBOARD violated the extortion statute 18 USC 1951 (b) (2) by wrongful use of fear

under color of official right in an attempt to collect $12,000 from PLAINTIFF after

which NYBOARD would kindly allow PLAINTIFF to remain in business.

49. NYBOARD committed a second violation of 18 USC 1951 (b) (2) in December 2016

when it increased its penalty demand to $22,000 which, after receiving said amount,

NYBOARD would then kindly allow PLAINTIFF to remain in business.

50. NYBOARD twice violated 18 US CODE 1341 by placing in the US Mail both

extortion notices, first for $10,000 and later for $22,000.

51. Defendant PIONEER violated 18 US CODE 1341 by placing in the US Mail a letter

demanding $4840 from PLAINTIFF which money was not owed due to malicious

interference of co-conspirator NYSIF in the simple transfer of PLAINTIFF's workman's

compensation policy Federal tax number. Further, PIONEER colluded with

co-conspirator NYBOARD to obtain alleged debt information about PLAINTIFF from

NYBOARD before PLAINTIFF was aware of such information.

52. There came a time in October 2015 when a PLAINTIFF employee was injured in a

fall and PLAINTIFF submitted a workman's compensation claim to pay for X-rays.

Defendant NYSIF in March 2016 under Loss Record Number 68495290 created

Transaction Number NP20991345C162PBD to pay the claim under the Harker's, the

previous owner's, Federal tax number thereby committing wire fraud under 18 USC

1343 as NYSIF used the internet to process the claim.  The transaction was knowingly

fraudulent as since 18 September 2015 NYSIF was aware that PLAINTIFF was the only

company in existence at 105 Montcalm Street in Ticonderoga, the previous owner Harker

having turned in his business license in Elizabethtown New York on 19 August 2015 and

moved to the State of Colorado..  In addition, the injured employee was on the

PLAINTIFF's payroll as documented and could not have been working  for Harker's

no-longer existing  company in October 2015.

Motive?  To pay claim under PLAINTIFF's Federal tax number would  acknowledge

 PLAINTIFF's workman's compensation policy existence and would have negatively

impacted the scheme of  NYSIF and NYBOARD to claim PLAINTIFF had no

workman's compensation insurance since September 2015.

53.  In violation of 18 USC 1962 (a), Defendants NYSIF and NYBOARD have converted

to their own use the initial credit balance on PLAINTIFF's NYSIF account and the

 monies PLAINTIFF paid for  premiums, all the while maliciously denying

PLAINTIFF a change in workman's compensation policy Federal tax number and further

maliciously denying  existence of Workman's Compensation Policy coverage of

PLAINTIFF.

54.  NYBOARD has fraudulently charged huge, business killing and life altering

penalties to a compliant business  which action has caused PLAINTIFF severe  physical

and emotional distress.

55. On March 4 2017 Plaintiff was a vendor at a toy show at the Polish

Community Center on Washington Avenue Extension in Albany, New York.  Fearing

seizure of his vehicle and inventory by agents of NYBOARD or Sheriff deputies to satisfy NYBOARD's $22,000 alleged penalty, distracted PLAINTIFF did not notice that the rear door of his box truck had only half opened due to the cold weather. Running up the truck's ramp, Plaintiff struck his head on the half-closed door, and, stunned, took an uncontrolled three foot fall into the frozen parking lot. Toy show officials cleaned the bloody face of PLAINTIFF and, on March 6 2017 PLAINTIFF was treated for concussion at Rutland (Vermont) Regional Medical Center.

56. Having received no relief from the December 2016 NYBOARD $22,000.00 penalty decision, PLAINTIFF laid off his employee as it was unlawful to have employees without Workman's Compensation Insurance. PLAINTIFF attempted to run his business as a sole proprietor, but, after eleven months, PLAINTIFF's seventy-five year old body cannot carry the workload (and the 70 pound mattresses) any longer.

57. On December 4 2017 PLAINTIFF's cardiologist informed PLAINTIFF that heart damage had occurred. Working alone forty to sixty hours per week would no longer be possible.

58. NYBOARD and its cabal have injured PLAINTIFF both physically and emotionally to the point that PLAINTIFF cannot continue in business. PLAINTIFF seeks relief from conspirators' abuse and compensation for defendants' malicious actions.

$$\left( 14 \right)$$

## Relief sought

59. PLAINTIFF asks the District Court to forthwith order the defendants individually and collectively to halt any and all collection actions against PLAINTIFF until such time as a full, evidentiary hearing can be held on this complaint.

60. PLAINTIFF asks District Court to find the penalties brought against PLAINTIFF by defendants were obtained by malicious indifference to due process and indifference to the RICO statute and are null and void.

61. To compensate PLAINTIFF for the loss of peaceful enjoyment of his business and injuries to his physical and emotional health, PLAINTIFF seeks damages of $150,000.00.

62. PLAINTIFF asks the District Court to consider referral of this matter to the appropriate U.S. Attorney's office for examination. The manner in which these defendants operate should cause concern not only to PLAINTIFF but also to the citizens of the State of New York. PLAINTIFF's research indicates "New York was the only state that asked Congress to add 'due process' language to the U.S. Constitution." New York proposed the following amendment in 1788:

> **" No Person ought to be taken imprisoned or**
> **diseased of his freehold, or be exiled or**
> **deprived of his Privileges, Franchises, Life, Liberty,**
> **or Property but by due process of Law."**

**Plaintiff earnestly pleads that the District Court will remind the State of New York of its historical roots.**

( 15 )

**Under the pains of perjury, Plaintiff swears that facts submitted in this**

**Complaint are, to the best of his information and belief, true.**

April 2 2018
-------------
**DATE**

-------------------------------------------
**Robert Craig Cassidy**

( 16 )

PLAINTIFF'S EXHIBIT NO. _ONE_

CASE NO.: _____

IDENTIFICATION: _NYSIF BILL_

ADMITTED: _50661851_

MAILED BACK 9-16-2015


**NYSIF**  *New York State Insurance Fund*

**WORKERS' COMPENSATION**

1 WATERVLIET AVE EXT., ALBANY, NY, 12206-1649

Any questions, Call 1-888-875-5790

A 1351 815-4

~~RICHARD D HARKER DBA~~  ROBERT CRAIG CASSION DBA
MOUNTAIN TIME ~~FURNITURE~~  AUCTIONS
105 MONTCALM STREET # 1B
TICONDEROGA NY 12883-1354

107334

E STOCKTON MARTIN AGENCY INC
84 MONTCALM ST
TICONDEROGA NY 12883

| Policy Number<br>A 1351 815-4 | Group Number<br>90 | Bill Number<br>50661851 | Bill Date<br>09/10/2015 | Minimum Amount Due<br>$0.00 |
| --- | --- | --- | --- | --- |

| Previous Balance<br>$356.65CR | Payments Received<br>$0.00 | Other Credits<br>$0.00 | New Charges<br>$145.81 | Other Debits<br>$0.00 | Current Balance<br>$210.84CR |
| --- | --- | --- | --- | --- | --- |

### Workers' Compensation Activity Period - 08/11/2015 to 09/10/2015

| Transaction Date | Reference # | Payment/Credit Status | Charges | Credits |
| --- | --- | --- | --- | --- |
| August   10, 2015 |  | Previous Balance |  | $356.65- |
|  |  | **New Charges** |  |  |
| September 10, 2015 | P355640 | Installment 6 of 9 (04/10/2015) | $145.81 |  |
|  |  | Account Balance |  | $210.84- |

>>>Your current Total Account Balance is      $437.40. Payment of this amount is required to avoid service charges and/or future
interest charges. See reverse side (Page 2) for details.

(17)

**NYSIF.**   **New York State Insurance Fund**

PLAINTIFF'S EXHIBIT NO.   TWO

CASE NO.:

IDENTIFICATION:   TITIAN   DION   LETTER

ADMITTED:

[0001-000013518154][##A]

RICHARD D HARKER DBA
MOUNTAIN TIME FURNITURE
105 MONTCALM STREET # 1B
TICONDEROGA NY  12883-1354

Date: 10/29/2015

WC Policy: 1351815 - 4

Re: ROBERT CRAIG CASSIDY DBA

Dear Sir/Madam:

We are advised that you are now operating under the name that is listed above. In order that you may be properly protected under the policy, it is essential that you fill out the enclosed **Transfer of Interest forms.** Please return one copy and retain the other for your own records.

For information we desire, please refer to the corresponding items numbered on the left hand margin of the enclosed forms.

1.  Give the exact date on which the business was transferred.

2.  Print the name of the new firm, **INCLUDING THE FEDERAL ID NUMBER.**

3.  Give business address of the new firm.

4.  Indicate appropriate form of ownership of new firm.

5.  One member of the old firm transferring the interest must sign.
    Give member's title. If a corporation, the seal of the old firm must be affixed at space provided.

6a.  Print the name of the new firm.

6b.  If new firm is an **INDIVIDUAL -** Owner must sign.
    If new firm is a form of **PARTNERSHIP** or **LIMITED LIABILITY COMPANY,** one member must sign.
    If new firm is a **CORPORATION -** An executive officer must sign. Give officer's title. **CORPORATE SEAL** must be affixed at the space provided. Executive officers must be covered pursuant to the mandatory provisions of the Workers' Compensation Law.

7.  Indicate the nature of business, product sold, and materials used.

8.  Indicate location of the entity.

9.  Indicate the total number of employees.

10.  Indicate the anticipated annual payroll.

11.  List the full names, addresses, duties, and salaries of all principals of the new firm accepting the interest.

**Upon receipt of this form properly completed,** we will issue an endorsement effecting the transfer of the policy, unless the conditions are such that the interest cannot be transferred.

Very truly yours,

Titian Dion
Phone   (518) 437-6497
Fax:   (518) 437-8910
Email:   tdion@nysif.com

cc:  E STOCKTON MARTIN AGENCY INC

( 18 )

00000000000024443222

 **NYSIF** **New York State Insurance Fund**

# ASSIGNMENT OF INTEREST AGREEMENT

**WC Policy: 1351815 - 4**

(1). It is understood and agreed that, effective 12:01 A.M. ____19____ __August__ __2015__
*(DATE OF CHANGE OF INTEREST)*

subject to all the agreements, conditions and limitations as hereunder expressed, the above captioned policy is hereby

ROBERT CRAIG CASSIDY D/B/A

(2). assigned to MOUNTAIN TIME AUCTIONS, ANTIQUES, MATTRESSES F.E.I.N. __47 - 5236656__
*(NAME OF NEW FIRM – ASSIGNEE)*

(3). whose business address is __105__ __MONTCALM ST__, __TICONDEROGA__ __NY__ __12883__
(NUMBER)  (STREET)  (CITY OR TOWN)  (STATE)  (ZIP CODE)

(4). The new form of ownership is indicated by an X:

☒ Individual  ☐ Copartnership  ☐ Corporation  ☐ Receiver  ☐ Trustee  ☐ Estate  ☐ Other

*For the purpose of serving notice, as provided in the Workers' Compensation Law, this insured employer agrees that written notice sent to the above address shall constitute valid notice.*

It is understood and agreed that if the new insured employer is a corporation (other than a religious, charitable, educa-

PLAINTIFF'S EXHIBIT NO. THREE

CASE NO.:

IDENTIFICATION: U-3 V4 For M(')

ADMITTED:

of any war of the United States) premium will be charged for
ive, in accordance with the rules of the Manual of Workers'
ly one or two executive officer(s) who also own(s) 100% of the
ation may elect to delete coverage for such executive officer(s).
his agreement, warrants that he (it or they) is (are) in lawful
nment of the interest of the insured therein named and said
duly issued thereunder and assume all obligations therein ex-
including liability and responsibility for the payment of any
efund which may become due on account of this policy up to

Nothing herein contained shall be held to waive, alter, vary or extend any of the stipulations, agreements or limitations of this policy except as herein stated.

The State Insurance Fund shall not be bound by the assignment of interest agreement as herein set forth, unless it consents thereto in writing, such consent to be evidenced by an endorsement which shall be attached to and form part of

RICHARD D. HARKAL D/B/A

**WC Policy: 1351815 - 4**      **Issued to:** MOUNTAIN TIME FURNITURE
*(NAME OF FIRM TRANSFERRING INTEREST)*

(5). **OLD FIRM** **SIGN HERE:** *Barbara J. Newton* GENERAL MANAGER
(A MEMBER OF OLD FIRM MUST SIGN PERSONALLY) - TITLE

ROBERT CRAIG CASSIDY D/B/A

(6a). **NEW FIRM PRINT HERE:** MOUNTAIN TIME AUCTIONS, ANTIQUES AND MATTRESSES
(PRINT NAME OF FIRM ACCEPTING INTEREST)

(6b). **SIGN HERE:** _____ Proprietor
(A MEMBER OF THE NEW FIRM MUST SIGN PERSONALLY ) – TITLE
List below the full names of all members of the new firm accepting interest.

| CORPORATE SEAL OF ENTITY TRANSFERRING INTEREST | (19) | CORPORATE SEAL OF ENTITY ACCEPTING INTEREST |
|---|---|---|

 **NYSIF** **New York State Insurance Fund**

## INFORMATION REGARDING THE ENTITY FOR WHICH YOU HAVE REQUESTED COVERAGE

Policy Number: | 1351815 - 4

Entity Name: | MOUNTAIN TIME AUCTIONS, ANTIQUES AND MATTRASSES

(7). Nature of Business of this Entity

RETAIL SALE OF MATTRESSES AND HOUSEHOLD AUCTION HOUSE

(8). Location of this Entity | 105 MONTCALM ST., TICONDEROGA, N.Y. 12883

(9). Number of Employees | 2 | (10). Annual Payroll | 9,000.00

(11). Name of Executive Officer/Partner or Member/Sole Proprietor Duties

ROBERT CRAIG CASSIDY

| Home Address | Salary $ |
| 43 PLEASANT ST, RUTLAND, VT 05701 | |
| Name of Executive Officer/Partner or Member | Duties |
| | |
| Home Address | Salary $ |

PLAINTIFF'S EXHIBIT NO. Four

CASE NO.:

IDENTIFICATION: U-3 V4 FORM (2)

ADMITTED:

| | Duties |
| | |
| | Salary $ |
| | |
| | Duties |
| | |
| Home Address | Salary $ |
| | |
| Name of Executive Officer / Partner or Member | Duties |
| | |
| Home Address | Salary $ |
| | |

I hereby certify that the information given above is completed and accurate in every detail.

_(signature)_ 11 - 3 - 2015

Signature of Executive Officer/Partner or Member/Sole Proprietor | Date

Subj:     **WORKERS COMPENSATION REPORTING**
Date:     3/11/2016 11:26:30 A.M. Eastern Standard Time
From:     wfarnan@nysif.com
To:       VTCASSIDY@AOL.COM
CC:       kleffler@nysif.com, tcowles@nysif.com

Good morning,
Per our conversation, please use this link:
 https://www.nysif.com/efroi/reportaninjuryentry.aspx     to file the
*Employers' Report of Injury* for the incident involving WILLIAM C. NORTON's
accident of 10/28/2015.

The Loss ID# for this case is 68495290.  You will be asked to enter it when
you begin to file the report.
The policy number to use is 13518154

If you have any questions, please feel free to call me directly.

William J. Farnan
CuSRII
First Report of Injury - eFROI
Albany Business Office
New York State Insurance Fund
Telephone: (518)437-8050
Fax : (518) 437-8043

---

This e-mail transmission contains confidential information that is the property of the sender. If you are not the intended recipient, you are notified that any retention, disclosure, reproduction or distribution of the contents of this e-mail transmission, or the taking of any action in reliance thereon or pursuant thereto, is strictly prohibited. No warranty is given by NYSIF that this e-mail is free of viruses, interception or interference. NYSIF disclaims liability for any unauthorized opinion, representation, statement, offer or contract made by the sender on behalf of NYSIF. Jurisdiction for all actions arising out of dealings with NYSIF shall lie only in a court of competent jurisdiction of the State of New York.

PLAINTIFF'S EXHIBIT NO.   FiVE

CASE NO.:

IDENTIFICATION: W/C INJURY CLAIM

ADMITTED:

( 21 )

 **NYSIF**  **New York State Insurance Fund**

# ASSIGNMENT OF INTEREST AGREEMENT

**WC Policy: 1351815 - 4**

(1). It is understood and agreed that, effective 12:01 A.M. _08/28/2015_
(DATE OF CHANGE OF INTEREST)

subject to all the agreements, conditions and limitations as hereunder expressed, the above captioned policy is hereby

(2). assigned to _ROBERT CRAIG CASSIDY_ F.E.I.N. _47 - 5236656_
(NAME OF NEW FIRM – ASSIGNEE)

(3). whose business address is _105_ _MONTCALM ST_ _TICONDEROGA, NY 12883_
(NUMBER)   (STREET)   (CITY OR TOWN)   (STATE)   (ZIP CODE)

(4). The new form of ownership is indicated by an X:

[X] Individual   [ ] Copartnership   [ ] Corporation   [ ] Receiver   [ ] Trustee   [ ] Estate   [ ] Other

*For the purpose of serving notice, as provided in the Workers' Compensation Law, this insured employer agrees that written notice sent to the above address shall constitute valid notice.*

It is understood and agreed that if the new insured employer is a corporation (other than a religious, charitable, educational or municipal corporation or post or chapter of veterans of any war of the United States) premium will be charged for coverage of all executive officers, whether active or inactive, in accordance with the rules of the Manual of Workers' Compensation Insurance. However, if the corporation has only one or two executive officer(s) who also own(s) 100% of the stock and there are no inactive executive officers, the corporation may elect to delete coverage for such executive officer(s).

The assignee named herein, upon the acceptance of this agreement, warrants that he (it or they) is (are) in lawful possession of the policy and is legally entitled to an assignment of the interest of the insured therein named and said assignee agrees to accept such policy and all endorsements duly issued thereunder and assume all obligations therein expressed from the effective date hereinabove mentioned, including liability and responsibility for the payment of any premiums or additional premiums and/or be entitled to any refund which may become due on account of this policy up to the effective date of this assignment of interest agreement.

Nothing herein contained shall be held to waive, alter, vary or extend any of the stipulations, agreements or limitations of this policy except as herein stated.

The State Insurance Fund shall not be bound by the assignment of interest agreement as herein set forth, unless it consents thereto in writing, such consent to be evidenced by an endorsement which shall be attached to and form part of

**WC Policy: 1351815 - 4**   Issued to: _MOUNTAIN TIME FURNITURE_
(NAME OF FIRM TRANSFERRING INTEREST)

(5). **OLD FIRM**   **SIGN HERE:** ✓ _(signature)_ (DBA)
(A MEMBER OF OLD FIRM MUST SIGN PERSONALLY ) - TITLE

(6a). **NEW FIRM PRINT HERE:** MOUNTAIN TIME AUCTIONS ANTIQUES & MATTRESSES
(PRINT NAME OF FIRM ACCEPTING INTEREST)

(6b).   **SIGN HERE:** _(signature)_ PROPRIETOR
(A MEMBER OF THE NEW FIRM MUST SIGN PERSONALLY ) – TITLE
List below the full names of all members of the new firm accepting interest.

CORPORATE SEAL OF ENTITY

CORPORATE SEAL OF ENTITY ACCEPTING INTEREST

PLAINTIFF'S EXHIBIT NO. _SIX_
CASE NO.:
IDENTIFICATION: HARKER U-3 V4
ADMITTED:

00024443222

(22)

PLAINTIFF'S EXHIBIT NO.   SEVEN

CASE NO.:

IDENTIFICATION:   PAYMENT  246.56

ADMITTED:



**NYSIF**   *New York State Insurance Fund*                    **WORKERS' COMPENSATION**

I WATERVLIET AVE EXT., ALBANY, NY, 12206-1649

Any questions, Call 1-888-875-5790

A 1351 815-4                                                     107334

RICHARD D HARKER DBA
MOUNTAIN TIME ~~FURNITURE~~   *Auction*      E STOCKTON MARTIN AGENCY INC   pd 12/15/15
105 MONTCALM STREET ~~APB~~                  84 MONTCALM ST
TICONDEROGA NY 12883-1354                    TICONDEROGA NY 12883

| Policy Number A 1351 815-4 | Group Number 90 | Bill Number 51086620 | Bill Date 12/10/2015 | Minimum Amount Due $246.56 By 01/09/2016 |
|---|---|---|---|---|

| Previous Balance $90.78 | Payments Received $0.00 | Other Credits $0.00 | New Charges $155.78 | Other Debits $0.00 | Current Balance $246.56 |
|---|---|---|---|---|---|

**Workers' Compensation Activity Period - 11/11/2015 to 12/10/2015**

| Transaction Date | Reference # | Payment/Credit Status | Charges | Credits |
|---|---|---|---|---|
| November 10, 2015 | | Previous Balance | $90.78 | |
| **Payment of past due amount of** | | **$90.78 must be received by 12/24/2015 to avoid cancellation.** | | |
| | | **New Charges** | | |
| December 10, 2015 | P597813 | Installment 9 of 9 (04/10/2015) | $145.78 | |
| December 10, 2015 | 4139955 | Service Charge | $10.00 | |

>>>Your current Total Account Balance is    $246.56. Payment of this amount is required to avoid service charges and/or future interest charges. See reverse side (Page 2) for details.

Robert Craig Cassidy   -   518585-6795
(23)                          (11 Am - 3pm)

PLAINTIFF'S EXHIBIT NO.   $E_i G H T$

CASE NO.:

IDENTIFICATION:   PAYMENT   300,70
                  RECEIPT   246,56

ADMITTED:

$E \times H \bar{\tau} B_i T$   4

 **NYSIF**   *New York State Insurance Fund*

**WORKERS' COMPENSATION**

1 WATERVLIET AVE EXT., ALBANY, NY, 12206-1649

Any questions, Call 1-888-875-5790

A 1351 815-4      [14333-01][WCBILLS#-MBIL1#][01-00292]

107334

RICHARD D HARKER DBA
MOUNTAIN TIME FURNITURE
105 MONTCALM STREET # 1B
TICONDEROGA NY 12883-1354

E STOCKTON MARTIN AGENCY INC
84 MONTCALM ST
TICONDEROGA NY 12883

| Policy Number | Group Number | Bill Number | Bill Date | Minimum Amount Due |
|---|---|---|---|---|
| A 1351 815-4 | 90 | 51491655 | 03/10/2016 | $300.70 By 04/09/2016 |

| Previous Balance | Payments Received | Other Credits | New Charges | Other Debits | Current Balance |
|---|---|---|---|---|---|
| $246.56 | $246.56CR | $0.00 | $300.70 | $0.00 | $300.70 |

### Workers' Compensation Activity Period - 12/11/2015 to 03/10/2016

| Transaction Date | Reference # | Payment/Credit Status | Charges | Credits |
|---|---|---|---|---|
| December  10, 2015 | | Previous Balance | $246.56 | |
| December  22, 2015 | 005238 | Payment Received - Thank You | | $246.56- |
| | | **New Charges** | | |
| February  22, 2016 | E211910 | Renewal Pol. 25% Down Payment (04/10/2016 to 04/10/2017) | $300.70 | |

>>>Your current Total Account Balance is      $1,202.80. Payment of this amount is required to avoid service charges and/or
future interest charges. See reverse side (Page 2) for details.

$CHECK$ # $10163$
    $300.70$
$4-5-2016$      $(24)$

PLAINTIFF'S EXHIBIT NO. EIGHT (2)

CASE NO.: _____

IDENTIFICATION: 4-5-2016   ADDRESS CHANGE

ADMITTED: _____

(25)

To ensure proper credit, please mail payment & remittance slip 7 days prior to the due date to the address below.
Include policy number on your check.

**REMITTANCE SLIP**

4-5-2016

 

Pay your bill at nysif.com or   call **1-877-309-6028**
eCHECK   - no service fee
Credit card   - 2.5% convenience fee by Official Payments

| | |
|---|---|
| Policy No. | A 1351 815-4 |
| Current Balance: | $300.70 |
| Minimum Amount Due: | $300.70 |
| Date Due: | 04/09/2016 |
| Payment Enclosed: | |

Insured:

RICHARD D HARKER DBA
MOUNTAIN TIME FURNITURE
105 MONTCALM STREET # 1B
TICONDEROGA NY 12883-1354

Return to:

NYSIF Workers' Compensation
PO Box 5238
New York, NY 10008-5238



**CHECK BOX FOR CHANGE OR CORRECTION OF NAME OR ADDRESS
ENTER CHANGE ON REVERSE SIDE**

13518154031016514916550000000300700000000300704

PLAINTIFF'S EXHIBIT NO. E. GHT (3)

CASE NO.:

IDENTIFICATION:
4-5-2016 ADDRESS CHANGE

ADMITTED:

IF YOU HAVE CHECKED THE BOX ON THE REVERSE SIDE, PLEASE ENTER NEW INFORMATION BELOW.

ROBERT CRAIG CASSIDY DBA

MOUNTAIN TIME AUCTIONS

105 MONTCALM ST.

TICONDEROGA, N.Y.   12883 — 1354

296

(26)

# Glens Falls National

**Bank and Trust Company**
Member FDIC
250 Glen Street • Glens Falls, NY 12801
**(518) 793-4121 • gfnational.com**

2551

Page:     5 of 5
Account:  11012922
Date:     04/27/2016

---

**04/13/2016  10162  $1,017.53**

MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
10162

2168

4-5   2016

Pay To The Order Of  SYMBOL  MATTRESSES   $ 1,017.53

ONE THOUSAND SEVENTEEN   53/100   Dollars

GLENS FALLS NATIONAL BANK AND TRUST COMPANY
www.gfnational.com

For  10  Pieces

---

**04/11/2016  10163  $300.70**

MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
10163

5 April 2016

Pay To The Order Of  NYSIF   WORKER'S COMPENSATION   $ 300.70

THREE HUNDRED   70/100   Dollars

GLENS FALLS NATIONAL BANK AND TRUST COMPANY
www.gfnational.com

For  A  1351  815-4

NYSIF

---

**04/19/2016  10164  $45.00**

LIBERTY & JUSTICE FOR ALL

MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
10164

4-19   2016

Pay To The Order Of  WILLIAM  NORTON   $ 45.00

FORTY-FIVE   00/100   Dollars

GLENS FALLS NATIONAL BANK AND TRUST COMPANY
www.gfnational.com

For

---

**04/22/2016  10166  $55.00**

UNCOMMON VALOR

MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
10166

4-21   2016

Pay To The Order Of  WILLAM  NORTON   $ 55.00

FIFTY-FIVE   00/100   Dollars

GLENS FALLS NATIONAL BANK AND TRUST COMPANY
www.gfnational.com

For

---

PLAINTIFF'S EXHIBIT NO.   NINE

CASE NO.:

IDENTIFICATION:  CHECK  10163  PAID

ADMITTED:

(27)

PLAINTIFF'S EXHIBIT NO.   TEN

CASE NO.:

IDENTIFICATION:   220.46 PAYMENT

ADMITTED:


**NYSIF** *New York State Insurance Fund*

EXHIBIT 7

**WORKERS' COMPENSATION**

1 WATERVLIET AVE EXT., ALBANY, NY, 12206-1649

Any questions, Call 1-888-875-5790

A 1351 815-4      [14376-01][WCBILLS_-MBIL1#][01-00114]              107334

RICHARD D HARKER DBA
MOUNTAIN TIME FURNITURE          E STOCKTON MARTIN AGENCY INC
105 MONTCALM STREET # 1B          84 MONTCALM ST
TICONDEROGA NY 12883-1354         TICONDEROGA NY 12883

| Policy Number | Group Number | Bill Number | Bill Date | Minimum Amount Due |
|---|---|---|---|---|
| A 1351 815-4 | 90 | 51773676 | 05/10/2016 | $220.46 By 06/09/2016 |

| Previous Balance | Payments Received | Other Credits | New Charges | Other Debits | Current Balance |
|---|---|---|---|---|---|
| $110.23 | $0.00 | $0.00 | $110.23 | $0.00 | $220.46 |

### Workers' Compensation Activity Period - 04/12/2016 to 05/10/2016

| Transaction Date | Reference # | Payment/Credit Status | Charges | Credits |
|---|---|---|---|---|
| April 11, 2016 | | Previous Balance | $110.23 | |
| | | **Payment of past due amount of**   $110.23 must be received by 05/24/2016 to avoid cancellation. | | |
| | | **New Charges** | | |
| May 10, 2016 | P985810 | Installment 2 of 9 (04/10/2016) | $100.23 | |
| May 10, 2016 | 6425437 | Service Charge | $10.00 | |

# 10178
220.46
5-28

>>>Your current Total Account Balance is    $922.10. Payment of this amount is required to avoid service charges and/or future interest charges. See reverse side (Page 2) for details.

(28)

**Glens Falls National**
Bank and Trust Company
Member FDIC
250 Glen Street • Glens Falls, NY 12801
(518) 793-4121 • gfnational.com

2537

Page:      3 of 4
Account:  11012922
Date:      06/27/2016

PLAINTIFF'S EXHIBIT NO. ELEVEN

CASE NO.:

IDENTIFICATION: CHECK 10178 PAID

ADMITTED:

06/01/2016 170 $25.00

---

**Check 10181**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
Pay To The Order Of: Rick Harker    $415.00
Four Hundred Fifteen    00/100 Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For: May
0010181

06/13/2016 10181 $415.00

---

**Check 10177**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
5-26 20 16
Pay To The Order Of: National Grid    $269.44
Two Hundred Sixty-Nine    44/100 Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For: 08901-25101
0010177

06/01/2016 10177 $269.44

---

**Check 10183**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
6-13 20 16
Pay To The Order Of: BarBank Norton    $57.58
Fifty-Seven    100 Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For:
0010183

06/14/2016 10183 $57.58

---

NYSIF

**Check 10178**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
5-28 20 16
Pay To The Order Of: NYSIF    $220.46
Two Hundred Twenty    46/100 Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For: A 1351 815-4
0010178

06/02/2016 10178 $220.46

---

**Check 10184**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
2118 518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
6-13 20 16
Pay To The Order Of: Symbol    $636.00
Six Hundred Thirty-Six    Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For: Returned one JR54ll-1050
0010184

06/21/2016 10184 $636.00

---

**Check 10179**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
6-1 20 16
Pay To The Order Of: William Norton    $60.73
Sixty    73/100 Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For:
0010179

06/03/2016 10179 $60.73

---

**Check 10185**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
6-13 20 16
Pay To The Order Of: William Norton    $152.18
One Hundred Fifty-Two    18/100 Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For:
0010185

06/14/2016 10185 $152.18

---

**Check 10180**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
6-9 20 16
Pay To The Order Of: William Norton    $130.92
One Hundred Thirty    92/100 Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For:
0010180

---

**Check 10186**
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
518 585-6795
105 MONTCALM STREET
TICONDEROGA, NY 12883
6-14 20 16
Pay To The Order Of: Heathen Fred Att2    $133.00
One Hundred Thirty-Three    00/100 Dollars
GLENS FALLS NATIONAL BANK AND TRUST COMPANY
For:
0010186

06/16/2016 10186 $133.00

(29)

7015 0640 0002 2353 3784

 **NYSIF**  New York State Insurance Fund

# PAYROLL REPORT

ROBERT CRAIG CASSioY, DBA

~~RICHARD D HARKER DBA~~

MOUNTAIN TIME ~~FURNITURE~~ AUCTIONS, ANTIQUES, AND MATTRESSES

105 MONTCALM STREET # 1B

TICONDEROGA NY 12883-1354

| | |
|---|---|
| **Document #** | F5K4Z7L1J9B6 |
| **Date** | 07/08/2016 |
| **Policy Number** | A 1351815 - 4 |
| **Group #** | 90 |

PERIOD COVERED BY REPORT
04/10/2016 **To** 06/23/2016
Audit # 7244984

*SEE BACK FOR INSTRUCTIONS

PLAINTIFF'S EXHIBIT NO.   TWELVE (1)

CASE NO.:

IDENTIFICATION:  PAYROLL REPORT

ADMITTED: _____

carriers to audit the payroll records of employers for the
ncy and in lieu of an actual audit at this time, it is necessary
s report is subject to verification by our auditors. The fastest
and easiest way to complete this report is online. To complete this report online, go to www.nysif.com, and click "Online Services", then "Submit Payroll Report".

1. Nature of Business?   RETAIL MATTRESS SALES + COLLECTIBLE SALES

2. Number of Locations?   1        3. Gross Annual Receipts or Revenue?   35,657.98

4. Federal Tax ID #?   47-5236656        5. Do You Employ Any **Unpaid** Relatives? Yes ☐ No ☒

6. Did your business have any Ownership, Entity, Address, Name, Owner/Partner/Exec Officer or Other Changes? Yes ☒ No ☐
   If you answered "Yes" to questions 5 or 6, please list the specifics in the "Details" section on the back of this form.

7. Before proceeding further, please complete the Owners/Partners/Executive Officers section and read the instructions on the back of this form.

8. Please fill in below the total gross payroll of all employees, at all locations, for all insured entities for the period 04/10/2016 to 06/23/2016. The entire gross payroll of each worker should be included within the one classification code that best describes their work duties. Please see the back of this form to determine whether to include below the salaries of owners/partners/executive officers.

| Code | Classification Description | Column A #Employees | #Locations | Column B Gross Annual Payroll * (See Instructions on Back) |
|---|---|---|---|---|
| 8044 | FURN STORE-WHS-RETAIL & DVRS-U | 2 PART TIME | 1 | 1299.00 .00 |
| | | | | .00 |
| | | | | .00 |
| | | | | .00 |

Failure to provide **all** of the required information by **08/07/2016**, will result in additional estimated earned premium being billed.

Certification  I (we) hereby certify that the above is a true and complete statement of the full amount of all salaries, wages, earnings, and job classification for regular time, overtime, vacation pay, bonuses, and allowances earned by all persons in my employ including all executive officers, relatives, casual and part-time employees. The Workers' Compensation Law provides that any person making a false statement or representation concerning a material fact or omits a material fact is guilty of a felony.

Name:  ROBERT CRAIG CASSiOY  Company Relationship:  OWNER

Signature: _____  Email: _____  Date:  7-19-2016

00000000000033915359

( 30 )

Form DP-517 Version 1 (03/11/2010) [WC Policy-13518154]

5/6 Details: _PLEASE   NOTE   DBA   +   FIRM   NAME_
_CHANGES   ON   PAGE   1._

7. Insert below the names, titles, description of duties, % stock or ownership & payrolls of all owners/partners/officers. If the annual salary is less than $35,100 , use $35,100 , if the annual salary exceeds $104,000 , use $104,000 , or if it is in between $35,100 & $104,000 , list the actual salary.

| NAME | TITLE | DUTIES | % STOCK OR OWNERSHIP | GROSS PAYROLL |
|------|-------|--------|----------------------|---------------|
|      |       |        |                      |               |
|      |       |        |                      |               |
|      |       |        |                      |               |
|      |       |        |                      |               |

Instructions for codes based on payroll exposure

**FOR CLASSIFICATION CODES 8044**

Enter in "Column B" of the report the gross payroll before tax deductions for all employees, including relatives, for which this classification applies. Be sure to include payroll of all employees at all your locations. Payroll includes the full amount wages, including overtime at the regular rate of pay, the value of meals and lodging to the extent shown in your records, the rental value of an apartment or a house, commissions, bonuses, pay for holidays, vacations, or periods of sickness, and payments made by you which otherwise are required by law to be paid by your employees. Remuneration received by a sole proprietor or partner shall not be included for premium purposes unless coverage has been elected previously. Remuneration received by corporate officers shall be included for premium charges unless coverage has been previously excluded.

**Do not include payroll for a sole proprietor or partner.**

PLAINTIFF'S EXHIBIT NO. _TWELVE (2)_

CASE NO.:

IDENTIFICATION: _PAYROLL REPORT_

ADMITTED:

SIGN THE CERTIFICATION ON
THE FRONT PAGE AND MAIL
THIS REPORT TO THE ADDRESS
WHICH APPEARS TO THE RIGHT.

( 3 1 )

NYSIF DOCUMENT CONTROL CENTER
1 WATERVLIET AVENUE EXTENSION
ALBANY, NY 12206
USA

If you have any questions please contact your NYSIF underwriter: Kelsey Raga  by email at kraga1@nysif.com.

PERSONAL PRIVACY PROTECTION LAW NOTIFICATION
THE INFORMATION YOU PROVIDE IS PROTECTED BY THE PERSONAL PRIVACY PROTECTION LAW. THE AUTHORITY TO OBTAIN THE PERSONAL INFORMATION REQUESTED HEREIN IS FOUND IN SECTION 83 OF THE WORKERS' COMPENSATION LAW AS SUPPLEMENTED BY SECTIONS 450.1, 450.3 & 450.5 OF CHAPTERS VI OF TITLE 12(C) OF THE OFFICIAL COMPILATIONS OF CODES, RULES & REGULATIONS OF THE STATE OF NEW YORK. THE PRINCIPAL PURPOSE FOR WHICH THE INFORMATION IS SOUGHT IS TO ASSIST THE STATE INSURANCE FUND IN PROCESSING YOUR INSURANCE POLICY COVERAGE WITH THE STATE INSURANCE FUND & ITS RELEASE IS GOVERNED BY THE LIMITATIONS OF THE PERSONAL PRIVACY PROTECTION LAWS. THIS INFORMATION WILL BE MAINTAINED BY THE DIRECTOR OF UNDERWRITING, THE STATE INSURANCE FUND, 199 CHURCH STREET, NEW YORK, N.Y. 10007.

(597)11159690-1



STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
BUREAU OF COMPLIANCE
328 STATE STREET
SCHENECTADY, NY 12305
(866) 298-7830

THIS AGENCY EMPLOYS AND SERVES
PEOPLE WITH DISABILITIES WITHOUT
DISCRIMINATION.

ROBERT C CASSIDY
DBA MOUNTAIN TIME AUCTIONS ANTIQUES &
MATTRESSES
105 MONTCALM ST
TICONDEROGA NY 12883-1354

| | |
|---|---|
| WCB EMPLOYER #: | 2905274 |
| UIER #: | 52-35277 |
| FEIN/SS #: | 475236656 |
| Penalty ID: | 2016W0013351 |
| Penalty Amount: | $12,000.00 |

NOTICE OF PENALTY PURSUANT TO SECTION 52(5) OF THE WORKERS' COMPENSATION LAW

DATE:     06/02/2016

Based on information available to the New York State Workers' Compensation Board regarding ROBERT C CASSIDY (employer), the Board has determined that:

* Since 09/30/2015, the employer was required to provide workers' compensation insurance coverage for its employees.

* The Board has no record of coverage for the period 09/30/2015 to the present.

Therefore, the Workers' Compensation Board has determined that the employer is in violation of Workers' Compensation Law Section 52(5) for the period 09/30/2015 to the present. A penalty has been assessed for each 10 day period of non-compliance.

**As of the date of this notice, the penalty against the employer (and, if incorporated, its President, Secretary, and Treasurer) totals $12,000.00.** The Board strongly recommends that you request a review of this penalty if you were not required to have a policy. You should also request a review, to possibly reduce the penalty amount, even if you were required to have a policy. Please follow the directions contained in this notice to request a review. This penalty will continue to increase for every 10 days of non-compliance.

You will receive a periodic statement from the Board that details your penalty status until you secure coverage and pay all penalties in full or demonstrate that the employer was not required to have coverage.

(Continued on reverse)

**PAYMENT INSTRUCTIONS**

In order to insure prompt credit of your payment, complete the information below
and return this portion with your payment to:
WORKERS' COMPENSATION BOARD
FINANCE OFFICE
328 STATE STREET
SCHENECTADY, NY  12305-2318
-----------------------------------------
Please detach and return bottom portion with your payment.

MAKE CHECKS PAYABLE TO "UNINSURED EMPLOYERS FUND".
PLEASE INCLUDE YOUR WCB EMPLOYER NUMBER ON YOUR CHECK.

| Employer | ROBERT C CASSIDY | | WCB Employer # | 2905274 |
|---|---|---|---|---|
| | | | Penalty ID | 2016W0013351 |
| | | | Check Amount | |

PLAINTIFF'S EXHIBIT NO. _THIRTEEN_

CASE NO.:

IDENTIFICATION: _$12,000 PENALTY_

ADMITTED:

( 3 2 )

Page 1 of 2

ROBERT CRAIG CASSIO                                    1 JULY 2016
MOUNTAIN TIME AUCTIONS, ANTIQUES, AND MATTRESSES
105 MONTCALM STREET
TICONDEROGA, NEW YORK 12883



STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
BUREAU OF COMPLIANCE
328 STATE STREET
SCHENECTADY, NY 12305


REFERENCE :    $12,000.00 PENALTY FOR ALLEGED
                        NON-COMPLIANCE.


WE FORMALLY PROTEST AND APPEAL THE PENALTY
LEVIED WITHOUT EVIDENTIARY HEARING ON
THIS MATTER.


THIS BUSINESS HAS BEEN IN COMPLIANCE SINCE
APRIL 10, 2015, AS THE ATTACHED "EXHIBIT ONE"
SHOWS.


PREMIUMS HAVE BEEN PAID AND NO LESS THAN
THREE U-3 FORMS HAVE BEEN FILED
SINCE SEPTEMBER 2015.

PLAINTIFF'S EXHIBIT NO. FOURTEEN
CASE NO.:
IDENTIFICATION: APPEAL I
ADMITTED:

(33)

APPARENTLY A "MR. DION" TERRIFIED DARLENE DORSETT OF THE L. STOCKTON MARTIN AGENCY ON FEBRUARY 11, 2016, AS SHE WROTE ME OF THE TELEPHONE CALL (EXHIBIT 2). "MR. DION" COULD NOT BE BOTHERED TO TELEPHONE ME AT MOUNTAIN TIME'S LISTED TELEPHONE NUMBER, 518 585-6795.

I PROMPTLY FILLED OUT MY THIRD FORM 4-3 AND SENT IT OFF TO MR. RICHARD HARKER IN THE STATE OF COLORADO.

THE NEW YORK STATE INSURANCE FUND (HEREINAFTER "NYSIF") FAILED AND NEGLECTED TO PROCESS THE CHANGE OF ADDRESS ON POLICY A 1351815-4 ON THE MARCH 10, 2016 BILL WHICH I PERSONALLY PAID APRIL 5, 2016, ON CHECK NUMBER 10163.

I MARKED THE REMITTANCE COUPON CHANGE OF ADDRESS BOX WITH AN "X" (EXHIBIT 5).

I FURTHER FILLED OUT THE CHANGE INFORMATION (EXHIBIT 6) ON THE COUPON BACK.

PLAINTIFF'S EXHIBIT NO. FIFTEEN
CASE NO.:
IDENTIFICATION: APPEAL 2
ADMITTED:

(34)

ONCE AGAIN ON THE MAY 10, 2016, BILLING
(EXHIBIT 7) NYSIF FAILED AND
NEGLECTED TO CHANGE THE ADDRESS,
NOR DID NYSIF NOTIFY ME
WHY IT DID NOT DO SO.
THE $220.46 AMOUNT DUE WAS PAID
BY ME ON CHECK NUMBER 10178 ON
MAY 28, 2016.

IN SEPTEMBER 2015 AND DECEMBER 2015
I SUBMITTED FORMS U-3 TO THE
BOARD. AS THESE WERE NOT
RETURNED TO ME BY THE U.S. POSTAL
SERVICE, I HAVE TO PRESUME
NYSIF RECEIVED THEM AND IGNORED
THEM.

(APPEAL 3
EXHIBIT SIXTEEN)

DURING LATE AUGUST I CHOSE TO
PURCHASE THIS BUSINESS ON MONTCALM
STREET (A SEVERELY ECONOMICALLY CHALLENGED
STREET) IN TICONDEROGA (AN
ECONOMICALLY CHALLENGED TOWN) AND
ESSEX COUNTY (AN ECONOMICALLY CHALLENGED
COUNTY). I HAVE INVESTED $85,000.00
AND LOST BETWEEN $10,000 AND $20,000
OF MY OWN CAPITAL TRYING VERY
HARD TO MAKE TICONDEROGA A
BETTER AND STRONGER TOWN.
A $12,000 PENALTY WILL BE FATAL
(35)

TO THOSE EFFORTS, BY THE WAY,
ALL SALES TAX AND PAYROLL TAX
DEPOSITS TO NEW YORK STATE HAVE
BEEN PAID.


PERHAPS YOU COULD BE KIND ENOUGH
TO TELL A SEVENTY-THREE YEAR
OLD U.S. ARMY VETERAN WHAT
CRIME I HAVE COMMITTED TO EARN
A $ 12,000 PENALTY?

I STRONGLY URGE THE BOARD TO
RESCIND THE PENALTY IN TOTAL
AS I HAVE CARRIED WORKMAN'S COMPENSATION
INSURANCE IN FORCE THE ENTIRE
TIME I HAVE MANAGED THIS BUSINESS
AND I HAVE MADE SEVERAL GOOD
FAITH EFFORTS TO CAUSE THE NYSIF
TO CHANGE THE BUSINESS ADDRESS.


ROBERT CRAIG CASSIDY

PLAINTIFF'S EXHIBIT NO. SEVENTEEN    (36)
CASE NO.:
IDENTIFICATION: APPEAL 4
ADMITTED:



**Workers'
Compensation
Board**

KENNETH J MUNNELLY
Chair

**ANDREW M. CUOMO**
Governor

## WORKERS COMPENSATION

October 07th, 2016

ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA NY 12883-1354

Emp#: 2905274
Period of Non-compliance:09/30/15 to Date
Penalty Amount: $18,000.00
Penalty Order #: 2016W0013351
FMIS#: 1846275

Dear Sir or Madam:

Your correspondence regarding the above cited penalty for failure of an employer to provide Workers Compensation coverage as required by Workers Compensation Law has been received for review by the Penalty Review Unit. After a review of the submitted material, the Board has determined that you are subject to the coverage requirements of the WCL. However, the Board is unable to consider your request for re-determination for the following reason:

 The employer is currently not in compliance with the requirements for coverage under the Workers Compensation Law for the above period. **No proof of coverage has been received from your insurance company. Your policy with State Insurance Fund is still under your old Federal ID#.** 

Please be advised that if you are subject to the Workers Compensation Law and have not obtained Workers Compensation coverage, penalties will be issued for all periods in which coverage was not in effect.

Please advise *your NYS Workers' Compensation Insurance carrier. THE STATE INSURANCE FUND* to submit your coverage information **electronically.** This carrier should report this policy using your **correct** Federal ID#**475233656**.

Penalty Review Unit (NEG)

PLAINTIFF'S EXHIBIT NO. E,GHTEEN
CASE NO.:
IDENTIFICATION: 10/7/2016   REJECTION
ADMITTED:

$\left( 3\ 7 \right)$

(866) 750-5157   |   www.WCB.NY.Gov



PLAINTIFF'S EXHIBIT NO.

CASE NO.:

IDENTIFICATION: NINETEEN

ADMITTED: PIONEER  POST MARK  12/23/16

9672324655   19   KNS-N3B   12883

1656v/11222  000210  000210  000001/0000001
ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY 12883-1354

1803 Rocky River Road North
Monroe, NC 28110

PRESORTED
FIRST CLASS

US POSTAGE
$00.399

(38)

PLAINTIFF'S EXHIBIT NO. TWENTY

CASE NO.:

IDENTIFICATION: NYGOARD POSTMARK 12/23/16

ADMITTED:

G-5 Bulk (7-96)

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD

ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY 12883-1354

KBCDSSB  12883

Return Service Requested
Bureau of Compliance
328 State St
Schenectady, NY 12305-2318

(39)

PLAINTIFF'S EXHIBIT NO. *TWENTY-ONE*

CASE NO.: _____

IDENTIFICATION: *NYBoard  12/21/2016*

ADMITTED: _____

ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY  12883-1354

## NEW YORK STATE WORKERS' COMPENSATION BOARD

## BUREAU OF COMPLIANCE

Please Note:

This statement represents penalties and assessments related to workers' compensation insurance.  You may receive a separate statement if you owe penalties and assessments related to disability benefits insurance.

Past due accounts are subject to referral to collection agencies (along with a 22 percent collection fee) and the filing of a judgement.  Recent activity may not appear on this statement.  Such activity will appear on future statements.

If you have an approved payment plan covering one or more of the sections on the attached billing statement, and are paid up to date, please continue to pay the monthly amount due on the payment plan rather than the total due.  If there are any penalties or claims listed that are not included in your payment plan, please contact the Bureau of Compliance at (866) 298-7830.

● **MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO: Uninsured Employer's Fund.**

● **MAKE SURE YOUR FMIS ACCOUNT NUMBER, 1846275, IS ON YOUR CHECK OR MONEY ORDER.**

● **MAKE SURE YOU SIGN YOUR CHECK.**

  ● **The Finance Office Address listed at the bottom of this page is for payment only.**

  ● **Any correspondence should be mailed to:**

    NYS WORKERS' COMPENSATION BOARD
    FINANCE OFFICE, ASSESSMENT UNIT
    328 STATE ST, RM 331
    SCHENECTADY, NY  12305

IN ORDER TO ASSURE PROMPT CREDIT SEND YOUR
PAYMENT ALONG WITH THIS PORTION OF THE FORM

    NYS WORKERS' COMPENSATION BOARD
    FINANCE OFFICE, ASSESSMENT UNIT
    328 STATE ST, RM 331
    SCHENECTADY, NY  12305

*(40)*

MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO:
**Uninsured Employers Fund.** PLEASE INCLUDE YOUR FMIS
ACCOUNT NUMBER **1846275** ON YOUR CHECK. ITEMS ON
THIS STATEMENT ARE PAYABLE UPON RECEIPT.

ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY  12883-1354

| | |
|---|---|
| STATEMENT DATE: | December 21, 2016 |
| WCB EMPLOYER NUMBER: | 2905274 |
| FMIS ACCOUNT NUMBER: | 1846275 |
| **Total Due:** | **$22,000.00** |

Total Enclosed:  $

FM-600WC-REC

1608

Payment Address:
   Pioneer Credit Recovery, Inc.
   P.O. Box 345
   Arcade, NY 14009

**PIONEER**
Credit Recovery, Inc.

26 EDWARD STREET, ARCADE, NY 14009
Phone: 1-844-476-0556
Fax: 1-877-653-2839

Hours of Operation: EST/EDT
Mon-Thursday 8:00A.M. – 9:00P.M.
Friday 8:00A.M. – 5:00P.M.
Saturday 8:00A.M. – 12:00P.M.

Correspondence Address:
   Pioneer Credit Recovery, Inc.
   P.O. Box 308
   Perry, NY 14530

Pay online: http://myac

12/21/2016

RE: New York State Workers' Compensation Board
Account Number: 13029657
WCB Employer Number: 2905274
Balance Due: $22,000.00

Dear ROBERT C CASSIDY:

PLAINTIFF'S EXHIBIT NO. TWENTY-TWO
CASE NO.:
IDENTIFICATION: Pioneer 12/21/2016
ADMITTED:

The New York State Workers' Compensation Board referred your account to our agency for collection. Your delinquent fines and fees totaling $22,000.00 are due in full. Please send payment to Pioneer Credit Recovery, Inc., along with the attached payment coupon, or you may pay via telephone, toll free at **1-844-476-0556**.

Failure to resolve your debt may result in the filing and execution of a judgment against you and/or your business as allowed under the Workers' Compensation Law and New York Civil Practice Law and Rules enforceable by The New York State Workers' Compensation Board. A judgment against you and/or your business is a matter of public record. Please take this opportunity to resolve your account voluntarily.

The Workers' Compensation Board has also informed us that you are subject to the following:

1) A 22% debt collection fee on the unpaid balance forwarded by the Board to Commercial Collection Agencies under New York State Finance Law Section 18.

2) Interest on past due non-tax debt at a rate equal to the corporate underpayment rate set by the Department of Taxation and Finance.

3) Interest will accrue at the legal rate of 9% on all claims for which the Board files judgment. The Board may file and execute a judgment without further notice to the employer as allowed under the Workers' Compensation Law and New York Civil Practice Law and Rules.

The Workers' Compensation Board has also determined that you are required to procure and maintain mandatory workers compensation and disability benefits insurance. If you believe that you are entitled to a rescission of the penalties assessed because you were exempt from maintaining insurance, you must forward evidence to us.

PLEASE SEE NEXT PAGE FOR IMPORTANT INFORMATION.

✂ PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU! ✂
**Please see next page if you would like to pay by credit card or pay online http://myaccount.pioneercreditrecovery.com**

1803 Rocky River Road North
Monroe, NC 28110

**Borrower:** ROBERT C CASSIDY
**Account Number:** 13029657
**Total Current Balance:** $22,000.00

Please call us if you have a new address or telephone number.

01001

(4 1)

Pioneer Credit Recovery, Inc.
P.O. Box 345
Arcade, NY 14009



1699671222 000210 000210 000001/000001
ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY 12883-1354



PLAINTIFF'S EXHIBIT NO.: TWENTY - THREE

CASE NO.:

IDENTIFICATION: PLAYERS IN THE SYSTEM (1)
ADMITTED:

# Employers / Businesses
## (/content/main/Employers/Employers.jsp)

### Workers' Compensation Coverage

---

### The Players in the System - Who Does What

- **New York State Workers' Compensation Board**
- **New York State Insurance Department**
- **Compensation Insurance Rating Board (CIRB (Compensation Insurance Rating Board))**
- **Insurers**
- **New York State Department of Labor**

To understand the workers compensation system, an employer or employee must first understand all the parties that are responsible for the process.

### New York State Workers' Compensation Board

The first major player, the Workers' Compensation Board (Board), was established to administer the New York State Workers' Compensation Law (WCL (Workers' Compensation Law)). It is responsible for the adjudication of claims and ensuring that employers provide the required coverage to their employees. The mission statement of the agency reads,

The mission of the Workers' Compensation Board is to equitably and fairly administer the provisions of the New York State Workers' Compensation Law, including Workers' Compensation Benefits, Disability Benefits, Volunteer Firefighters' Benefits, Volunteer Ambulance Workers' Benefits § Volunteer Civil Defense Workers' Benefits Law on behalf of our customers, New York's injured workers and their employers.

The Board administers the programs and laws of New York State in a fair and equitable fashion. The Board receives and processes claims and initially seeks to facilitate expedient agreements between injured workers and employers. When a consensus cannot be reached through administrative measures, it becomes necessary for the Board to conduct hearings before a Workers' Compensation Law Judge (Judge). Evidence and testimony are gathered and analyzed prior to the rendering of a decision by the Judge. While the decisions by Judges are binding, parties may seek administrative review of the Judge's decision to the Administrative Review Division. In such a case, a panel of three Board Commissioners will rule on the validity of the Judge's decision. Failing a unanimous decision by the panel, a mandatory full Board review by all thirteen Commissioners may be requested within 30 days of the filing date of the Board panel's decision. In addition, when the decision of the panel is unanimous, a party may seek discretionary full Board review. When a party files a discretionary full Board application, the Board has the option to grant or deny full Board review. The decision of the full Board may be further appealed to the State Appellate Division, Third Department (WCL §23).

(42)

CIRB also develops experience modification factors for employers with premiums in excess of $5,000; and es~~tablished the~~ ........... ~underwriting of workers' comp~~ensation~~

For more inform~~ation~~ ........... CIRB) at 212-697-3535 or at www~~.nycirb.org~~

PLAINTIFF'S EXHIBIT NO. TWENTY-THREE(2)

CASE NO.:

IDENTIFICATION: THE SYSTEM (2)
PLAYERS IN

ADMITTED:

## Insurers

Insurers are the fourth major player in the workers' compensation system and are comprised of private insurance carriers, the State Insurance Fund, self-insured employers and employers that are participating in group self-insurance.

### Private Insurance Carriers

Private insurance carriers collect premiums from employers to pay for the claims and related medical expenses of employees who are injured on the job. Over 200 private insurance carriers are currently authorized by the Insurance Department to provide workers' compensation insurance to employers.

### State Insurance Fund

The State Insurance Fund (SIF) is a not-for-profit agency of the State of New York that was established pursuant to the WCL in 1914 to provide a guaranteed source of workers' compensation insurance coverage at the lowest possible cost to employers within New York State (WCL §76 - 100). Despite its State agency status, SIF is a self-supporting insurance carrier that competes with private insurers. Just like any insurance carrier, SIF collects premiums from employers to pay for the claims and related medical expenses of employees who are injured on the job. The premiums are required by law to be fixed at the lowest possible rates. SIF must provide insurance to any employer seeking coverage, regardless of the employer's type of business, safety record or size. However, if an employer owes SIF money from a previous bill or account, SIF may deny coverage.

SIF is a totally separate and distinct entity from the NYS Workers' Compensation Board.

### Self-Insurers

An employer qualifies as a self-insurer by furnishing to the Chair of the Board satisfactory proof of its financial ability to pay compensation. Employers who wish to self-insure may do so in one of two ways:

1. by becoming an individual self-insurer or

2. by becoming a member of a self-insured group.

Individual self-insurance is primarily used by larger employers who can meet the significant financial standards to self-insure in their own right. Every individual self-insurer must post with the Board a security deposit equal to their outstanding indemnity and medical obligations. These deposits can take the form of a surety bond, letter of credit, cash and/or certain types of securities. The amounts posted are updated every year. In the event that the employer defaults on its obligations the deposit will be used by the Board to ensure claimants receive the benefits to which they are entitled.

PLAINTIFF'S EXHIBIT NO.  TWENTY- FOUR

CASE NO.:

IDENTIFICATION: $ 22,500 PENALTY (1)

ADMITTED: _____

ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY  12883-1354

## NEW YORK STATE WORKERS' COMPENSATION BOARD
### BUREAU OF COMPLIANCE

Please Note:

This statement represents penalties and assessments related to workers' compensation insurance.  You may receive a separate statement if you owe penalties and assessments related to disability benefits insurance.

Past due accounts are subject to referral to collection agencies (along with a 22 percent collection fee) and the filing of a judgement.  Recent activity may not appear on this statement.  Such activity will appear on future statements.

If you have an approved payment plan covering one or more of the sections on the attached billing statement, and are paid up to date, please continue to pay the monthly amount due on the payment plan rather than the total due.  If there are any penalties or claims listed that are not included in your payment plan, please contact the Bureau of Compliance at (866) 298-7830.

- **MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO: Uninsured Employer's Fund.**
- **MAKE SURE YOUR FMIS ACCOUNT NUMBER, 1846275, IS ON YOUR CHECK OR MONEY ORDER.**
- **MAKE SURE YOU SIGN YOUR CHECK.**
  - **The Finance Office Address listed at the bottom of this page is for payment only.**
  - Any correspondence should be mailed to:

      **NYS WORKERS' COMPENSATION BOARD**
      FINANCE OFFICE, ASSESSMENT UNIT
      328 STATE ST, RM 331
      SCHENECTADY, NY  12305

IN ORDER TO ASSURE PROMPT CREDIT SEND YOUR
PAYMENT ALONG WITH THIS PORTION OF THE FORM

NYS WORKERS' COMPENSATION BOARD
FINANCE OFFICE, ASSESSMENT UNIT
328 STATE ST, RM 331
SCHENECTADY, NY  12305

(44)

MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO:
**Uninsured Employers Fund.** PLEASE INCLUDE YOUR FMIS
ACCOUNT NUMBER **1846275** ON YOUR CHECK. ITEMS ON
THIS STATEMENT ARE PAYABLE UPON RECEIPT.

ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY  12883-1354

| | |
|---|---|
| STATEMENT DATE: | February 14, 2018 |
| WCB EMPLOYER NUMBER: | 2905274 |
| FMIS ACCOUNT NUMBER: | 1846275 |
| **Total Due:** | **$22,500.00** |

Total Enclosed:  $

FM-600WC-REC

3076

**NEW YORK STATE WORKERS' COMPENSATION BOARD**
**BUREAU OF COMPLIANCE**

BILLING STATEMENT FOR: **ROBERT C CASSIDY**

ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY  12883-1354

WCB EMPLOYER NUMBER: **2905274**
FMIS Account Number: 1846275
Statement Date: February 14, 2018
Statement Group: 15

**SECTION A.**   This section lists all outstanding penalties issued against you for non-compliance with the Workers' Compensation Law. Violation found under Section 52(5)

| Penalty Order # | Description | Penalty Period | Opening Balance | New Charges | Adjustments | Payments Received | Closing Balance |
|---|---|---|---|---|---|---|---|
| 2016W001333 | Penalty for not having Workers' Compensation Insurance | 09/30/2015 - 12/31/2016 | 22,500.00 | 0.00 | 0.00 | 0.00 | 22,500.00 |

**SUMMARY SECTION**

| Summary Total of Activity | Opening Balance | New Charges | Adjustments | Payments Received | Total Due |
|---|---|---|---|---|---|
| | 22,500.00 | 0.00 | 0.00 | 0.00 | 22,500.00 |

*The Total Due in Summary Section includes $22,500.00 net due in judgments obtained in New York State Supreme Court

PLAINTIFF'S EXHIBIT NO. TWENTY-FOUR
CASE NO.: _____
IDENTIFICATION: $ 22,500 PENALTY (2)
ADMITTED: _____

FM-600WC

3073

( 45 )

# NEW YORK STATE WORKERS' COMPENSATION BOARD
## BUREAU OF COMPLIANCE

BILLING STATEMENT FOR: **ROBERT C CASSIDY**

ROBERT C CASSIDY
105 MONTCALM ST
TICONDEROGA, NY  12883-1354

WCB EMPLOYER NUMBER:    2905274
FMIS Account Number:    1846275
Statement Date:    February 14, 2018
Statement Group:    15

**SECTION A.**    This section lists all outstanding penalties issued against you for non-compliance with the Workers' Compensation Law. Violation found under Section 52(5)

| Penalty Order # | Description | Penalty Period | Opening Balance | New Charges | Adjustments | Payments Received | Closing Balance |
|---|---|---|---|---|---|---|---|
| 2016W013351 | Penalty for not having Workers' Compensation Insurance | 09/30/2015  -  12/31/2016 | 22,500.00 | 0.00 | 0.00 | 0.00 | 22,500.00 |

## SUMMARY SECTION

| | Opening Balance | New Charges | Adjustments | Payments Received | Total Due |
|---|---|---|---|---|---|
| Summary Total of Activity | 22,500.00 | 0.00 | 0.00 | 0.00 | 22,500.00 |

*The Total Due in Summary Section includes $22,500.00 net due in judgments obtained in New York State Supreme Court

PLAINTIFF'S EXHIBIT NO. __Tues't't f'Vre__
CASE NO.: _____
IDENTIFICATION: __0Y5  Tuc0-nuJ1__
ADMITTED: _____

(46)

FM-600WC

3033

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt and mail you a copy of such verification.

**This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.**

As of the date of this letter, the balance shown is owed. Because interest may be required to be paid on the outstanding portion of the balance, as well as late charges and other charges that may vary from day to day, the amount required to pay the balance in full on the day payment is sent may be greater than the amount stated here. If the amount stated here is paid, an adjustment may be necessary after a payment is received. In that event, notification will occur of any adjustment in the balance. Before any payment intended to pay the balance in full happens, please contact us at the address on this letter, or call 1-844-476-0556.

| Ref Num | Creditor | Principal | Interest | Other | Collect Charge | Court Cost | Penalty | Atty Fee |
|---------|----------|-----------|----------|-------|----------------|------------|---------|----------|
| 2016W001335 1 | NYS Workers' Compensation Board-Workers Comp | $22,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

23 JANUARY 2017

I ACKNOWLEDGE RECEIPT OF THIS DOCUMENT ON 27 DECEMBER 2016.

I DISPUTE THE VALIDITY OF THIS DEBT.

PLEASE OBTAIN VERIFICATION OF THIS DEBT AND MAIL ME A COPY OF SUCH PURPORTED VERIFICATION

Yours TRULY,

ROBERT C. CASSIDY

105 MONTCALM STREET

TICONDEROGA, N.Y. 12883

CERTIFIED MAIL
7011 1570 0002 6410 1518

---

ACCOUNT HOLDER: ROBERT C CASSIDY
ACCOUNT NUMBER: 13029657

CURRENT AMOUNT DUE: $22,000.00

☐ PAYMENT ENCLOSED:   Check Amount $:_____ (make checks payable to Pioneer Credit Recovery, Inc.)

I hereby authorize Pioneer Credit Recovery, Inc. to initiate an ACH withdrawal or credit charge from my bank account or credit card as shown below.

☐ CHARGE MY: VISA _____  Card Number: _____   Expires: ____ / ____

Payment Amount: $_____ (One-time payment only. Please contact us to make multiple payments.)

Card Holder Name: _____ Card Holder Signature: _____ Today's Date: _____

Billing address (if different from mailing address):_____   Phone:_____

☐ WITHDRAW FROM MY BANK ACCOUNT-ACH: (For authorization, please complete the form below and sign. Or, you may attach a voided check or voided savings deposit slip from your bank account and sign below.)

PLAINTIFF'S EXHIBIT NO. TWENTY - SIX

( 47 )

CASE NO.: _____

Account #: _____

IDENTIFICATION: PIONEER VALIDITY

(One-time payment only. Please contact us to make multiple payments.)

ADMITTED: _____

...der Signature: _____ Today's Date: _____