

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct:   (518) 776-2599
Writer's Email:   Brian.Matula@ag.ny.gov

January 3, 2019

Hon. Daniel J. Stewart
United States District Court
James T. Foley U.S. Courthouse
445 Broadway, New York 12207

    Re:   Cassidy v. Madoff
         Docket No.: 18-cv-394

Dear Judge Stewart,

    This Office represents the State Defendants in this case.  We are writing to request a 45 day extension of time to answer or otherwise move with regard to Plaintiff's Amended Complaint.  Mr. Cassidy has consented to the 45 day extension.

    We are requesting a lengthy adjournment, with the hope that this time will allow the parties to resolve this case.  During the last conference with Judge Sannes, she strongly suggested the parties work toward resolution of this case.  Following that conference, the State Defendants have begun discussing resolution with Mr. Cassidy.  We are hopeful that this extension of time will allow the parties to reach agreement without the need for further motion practice.

    I appreciate the Court's attention to this matter.

Respectfully yours,

*s/Brian W. Matula*

Brian W. Matula, Esq.
Bar Roll No. 511717

cc:   Robert Craig Cassidy (via email and First Class Mail)
       Jacqueline M. Aiello, Esq. (via ECF filing)